IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD L. BRADLEY, et al. | No. C 11-00292 SI |
| Plaintiffs, | **ORDER** |
| v. | |
| CONTINENTAL CASUALTY CO., | |
| Defendant. | |

The parties are hereby ordered to submit legible copies of the insurance contracts attached to the complaint in this case, Docket No. 1 at 21–52. If no such copies exist, the parties shall transcribe the text of the contracts. If the parties disagree about the transcription, they shall note any such disagreements in the same filing. The legible copies or transcriptions shall be submitted by **12:00 p.m. on Friday, April 15, 2011.**

**IT IS SO ORDERED.**

Dated: April 12, 2011

SUSAN ILLSTON
United States District Judge