Arthur D. Levy (SBN 95659)
445 Bush Street
Sixth Floor
San Francisco, CA 94108
Tel: (415) 702-4550
Fax: (415) 814-4080
Email: arthur@yesquire.com

Attorneys for Plaintiffs
RICHARD L. BRADLEY
and WEST COAST SCRAP PRODUCERS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO

| RICHARD L. BRADLEY and WEST COAST SCRAP PRODUCERS, INC., | No. C-11-0292 SI |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CONTINENTAL CASUALTY COMPANY, | Date: August 12, 2011 |
| Defendant. | Time: 3:00 p.m.<br>Courtroom: 10 |

The parties, through their respective counsel, jointly request that the Court continue the Case Management Conference currently set for August 12, 2011 to September 30, 2011. The reason for this request is that the case has settled and certain provisions of the settlement that must be performed before dismissal cannot be performed before August 12. The parties therefore request that the Court continue the Case Management Conference to September 30, 2011. The parties anticipate that they will submit a Stipulation and Proposed Order for Dismissal to the Court in advance of that date.

DATED: July 27, 2011              /s/ Arthur D. Levy
                                  Arthur D. Levy
                                  Attorneys for Plaintiffs
                                  RICHARD L. BRADLEY
                                  and WEST COAST SCRAP PRODUCERS, INC.

1 | DATED:  July 27, 2011        /s/ Robert A. Binion
2 |                              Robert A. Binion
                                 Attorneys for Defendant
3 |                              CONTINENTAL CASUALTY COMPANY

4 | <u>ORDER</u>

5 |     It is so ORDERED, and the Case Management Conference currently scheduled for 3:00

6 | p.m. on August 12, 2011 is hereby continued to 3:00 p.m. on September 30, 2011, with Case

7 | Management Conference Statements due September 23, 2011.

8 |
9 | Dated: ~~August~~ 7/27, 2011      _____
                                      Susan Illston
                                      United States District Judge

10 |
11 | f:\docs\301-09\pleading preparation\stipulation for continuance of cmc.doc

No. C-11-0292 SI -- STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT    - 2 -
CONFERENCE