Arthur D. Levy (SBN 95659)
445 Bush Street
Sixth Floor
San Francisco, CA 94108
Tel:  (415) 702-4550
Fax:  (415) 814-4080
Email:  arthur@yesquire.com

Attorneys for Plaintiffs
RICHARD L. BRADLEY
and WEST COAST SCRAP PRODUCERS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO**

| | |
|---|---|
| RICHARD L. BRADLEY and WEST COAST SCRAP PRODUCERS, INC., <br><br>   Plaintiffs, <br><br>   v. <br><br> CONTINENTAL CASUALTY COMPANY, <br><br>   Defendant. | No. C-11-0292 SI <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> UNLIMITED JURISDICTION <br> CIVIL ACTION <br> ASSIGNED TO HON. SUSAN ILLSTON |

Pursuant to Pursuant to Rule 41(a) (1) and 41(c) of the Federal Rules of Civil Procedure, plaintiff Richard L. Bradley, individually and as Trustee of the Richard L. Bradley Trust, on behalf of himself and plaintiff West Coast Scrap Producers, Inc., on the one hand, and defendant Continental Casualty Company, on the other, hereby stipulate that this entire action be dismissed WITH PREJUDICE, each party to bear its own attorney's fees, expenses, and costs.

DATED:  July 27, 2011           /s/ Arthur D. Levy
                                Arthur D. Levy
                                Attorneys for Plaintiffs
                                RICHARD L. BRADLEY
                                and WEST COAST SCRAP PRODUCERS, INC.

DATED:  July 27, 2011           /s/ G. David Godwin
                                G. David Godwin
                                Attorneys for Defendant
                                CONTINENTAL CASUALTY COMPANY

---

No. C-11-0292 SI – STIP. AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>ORDER</u>

It is so ORDERED and the Complaint is hereby dismissed WITH PREJUDICE, each party to bear its own attorney's fees, expenses, and costs.

Dated: August _12_, 2011

_____
United States District Judge

f:\docs\301-09\pleading preparation\stipulation for dismissal.doc